UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHANE INGHELS, | ) |
| Petitioner, | ) |
| | ) Case No. 3:12-CV-754 JD |
| v. | ) |
| SUPERINTENDENT, | ) |
| Respondent. | ) |

OPINION AND ORDER

Shane Inghels, a *pro se* prisoner, filed this habeas corpus case challenging his prison disciplinary hearing (WCC 12-04-167) held at the Westville Correctional Facility on April 20, 2012. In response, the respondent filed a motion to dismiss arguing that, "Because the conviction and sanctions challenged in the Petition for Writ of Habeas Corpus in this case have been vacated, and the administrative case has been dismissed in its entirety, this proceeding is now moot and this Court lacks a case or controversy to adjudicate." DE 10 at 2. In addition the respondent has submitted a letter from the Indiana Department of Correction indicating that the charges have been dismissed and the sanctions rescinded. DE 10-1. Though Inghels sought and was granted two enlargements of time to reply, the deadline for doing so passed on December 12, 2013. To date, the court has not received a reply from him. Nevertheless, Inghels won. The respondent conceded. Thus, this case must be dismissed because there is no case or controversy to adjudicate. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). For the foregoing reasons: the court **GRANTS** the motion to dismiss (DE 10) and **DISMISSES** this case.

SO ORDERED.

ENTERED:   January 9, 2014

/s/ JON E. DEGUILIO
Judge
United States District Court